**Dismissed and Memorandum Opinion filed July 20, 2023**



In The

# Fourteenth Court of Appeals

### NO. 14-23-00082-CV

## IN THE INTEREST OF C.M.O., A CHILD

**On Appeal from the 310th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-42023**

## MEMORANDUM OPINION

This appeal is from a final order on a motion modify signed November 19, 2022. Tex. Fam. Code Ann. § 109.002(b) (appeals from final orders rendered under Family Code title 5). No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record.

We granted appellant two extensions of time to provide proof of payment for the record until April 5, 2023. No proof of payment was provided. On June 1, 2023, we ordered appellant to provide this court with proof of payment for the

record on or before June 12, 2023. *See* Tex. R. App. P. 35.3(c). In the order, the court notified appellant that failure to comply with the court's order would subject the appeal to dismissal without further notice. *See* Tex. R. App. P. 37.3(b). No response was filed.

Appellant has not provided this court with proof of payment for the record. We dismiss the appeal.


PER CURIAM


Panel consists of Justices Wise, Bourliot, and Spain.